UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


HENRY C. BOND,

    Petitioner,

v.                                                        3:07-mc-16

HOWARD CARLTON, Warden,

    Respondent.


## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner has not paid the required $5.00 filing fee nor has he submitted an application to proceed *in forma pauperis*. The Clerk is **DIRECTED** to send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

    **E N T E R:**

                                                      s/ Leon Jordan
                                              United States District Judge